UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLERY ALLEN,<br><br>        Petitioner,<br><br>v.<br><br>RONALD RACKLEY, Warden, et al.,<br><br>        Respondents. | Civil No. 16cv1941-AJB (NLS)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

   On July 29, 2016, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a motion for tolling of the statute of limitations. (ECF Nos. 1-2.) On August 2, 2016, the Court denied the motion for tolling and dismissed this case due to Petitioner's failure to satisfy the filing fee requirement. (ECF No. 3.) Petitioner was informed that if he wished to proceed with this action he was required to either pay the $5.00 filing fee or file a motion to proceed in forma pauperis indicating his inability to pay the fee on or before October 3, 2016. (Id.)

   Petitioner has now filed a request to proceed in forma pauperis which reflects a $612.06 balance in his prison trust account. (ECF No. 5.) The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a). It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the

case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than **October 3, 2016**, to have the case reopened.

**IT IS SO ORDERED.**

DATED: September 15, 2016

_____
Hon. Anthony J. Battaglia
U.S. District Judge

CC: ALL PARTIES